# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LUIS ALONSO MURILLO-ALVARENGA, § § §<br>Petitioner §<br>v. § A-23-CR-17-RP<br> § A-24-CV-1266-RP-ML<br>UNITED STATES OF AMERICA, §<br>Respondent. § | |

## ORDER

The court previously appointed counsel for the evidentiary hearing set for Thursday, March 27, 2025, at 9:00 a.m. *See* Dkt. 56. It is now **ORDERED** that Jennifer S. Freel shall be appointed (CJA), replacing the appointment of E. Alan Bennett, for the purpose of serving as the attorney for Petitioner at the evidentiary hearing. The Clerk of Court shall provide a copy of this Order to Jennifer S. Freel at

Jackson Walker
100 Congress Ave., Suite 1100
Austin, TX 78701
512-739-8414
Email: jfreel@jw.com.

**IT IS FURTHER ORDERED** that the hearing will be limited to Petitioner's ineffective assistance of counsel claim based on his allegations that his trial counsel failed to file a timely notice of appeal as he requested.

SIGNED February 10, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE